RECEIVED
BY MAIL
APR 20 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI**

(Rush Hudson Limbaugh, Sr. Courthouse, 555 Independence Street, Cape Girardeau, MO 63703)

|  |  |
|---|---|
| Presidential Candidate Number P60005535 "also known as" (aka) Ronald Satish Emrit, & Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897 d/b/a United Emrits of America <br> Plaintiffs (Pro Se) <br><br> v. <br><br> Former President Barack Hussein Obama (BHO), Michelle Obama, Former President Joe Biden, Jill Biden, Hunter Biden, Supreme Court Justice Ketanji Brown-Jackson, Former Prince Andrew of the Windsors, British Prime Minister Keir Starmer <br><br> Defendants, | C. A. No.: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint for 500 billion dollars for the commission of the torts of public nuisance, and tortious interference with politics against Former President Barack Hussein Obama, Michelle Obama, Former President Joe Biden, Jill Biden, Hunter Biden,

Supreme Court Justice Kentanji Brown-Jackson, Former Prince Andrew of the Windsors, and British Prime Minister Keir Starmer.  In bringing forth this complaint, the plaintiff states, avers, and alleges the following

## I.) NATURE OF THE CASE

1.) The plaintiff is an independent presidential candidate who is a supporter of **President Donald J. Trump, Vice President JD Vance, and Secretary of State Marco Rubio** who are of course the most powerful men of America.

2.) As such, the plaintiff is no longer a supporter of either former President Barack Hussein Obama (BHO) and never was a supporter of former President Joe Biden.

3.) Nevertheless, **President Barack Hussein Obama (BHO) has not been the president for 10 years since 2016** when the plaintiff ran for president as **Presidential Candidate # P60005535** and was interviewed by the senior producer of the Kelly Clarkson Show, i.e. **Craig Tomashoff**.

4.) Indeed, Craig Tomashoff as the senior producer of the Kelly Clarkson Show drove all the way from Los Angeles to Las Vegas to interview the plaintiff for his book "The Can'tidates" endorsed by **People Magazine and David Duchovny of The Red Shoe Diaries**.

5.) While Craig Tomashoff was visiting the plaintiff, the two of them visited the USA District Court of Nevada at 333 Las Vegas Boulevard South where the plaintiff showed him a document uploaded to PACER on a public computer indicating that Florida Secretary of State Ken Detzner and Kristi Reid-Bronson from his office at the RA Gray Building in Tallahassee sent the plaintiff a letter indicating that he would be placed on the ballot in Florida for the 2016 election.

## II.) PARTIES TO THIS LITIGATION

6.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Nevada and Maryland. His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

7.) The first defendant is  Former President Barack Hussein Obama (BHO)

8.) The second defendant is Michelle Obama,

9.) The third defendant is Former President Joe Biden,

10.)   The fourth defendant is Jill Biden,

11.)   The fifth defendant is Hunter Biden,

12.)   The sixth defendant is Supreme Court Justice Ketanji Brown-Jackson,

13.)   The seventh defendant is Former Prince Andrew of the Windsors,

14.)   The eighth defendant is British Prime Minister Keir Starmer

## III.) JURISDICTION AND VENUE

15.)   According to **Federal Rules of Civil Procedure 8(a)(1)**, Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

16.)   Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

17.)   Pursuant to **28 U.S.C.A. Section 1332**, the U.S. District Court for the District of New Jersey (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the four defendants given that the plaintiff lives in Sarasota, Florida and no longer in Fort Worth, Texas.

18.)   As an **Article III court**, the U.S. District Court for the District of Connecticut also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection

Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

19.)   Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

20.)   Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

21.)   Because the amount in controversy does not exceeds $75,000 (i.e. $0 is less than $75,000), this court does not have jurisdiction based on the amount in controversy.

## IV.) STATEMENT OF FACTS

22.)   The plaintiff is an independent presidential candidate who is a supporter of **President Donald J. Trump, Vice President JD Vance, and Secretary of State Marco Rubio** who are of course the most powerful men of America.

23.)   As such, the plaintiff is no longer a supporter of either former President Barack Hussein Obama (BHO) and never was a supporter of former President Joe Biden.

24.)   Nevertheless, **President Barack Hussein Obama (BHO) has not been the president for 10 years since 2016** when the plaintiff ran for president as **Presidential Candidate # P60005535** and was interviewed by the senior producer of the Kelly Clarkson Show, i.e. **Craig Tomashoff**.

25.)   Indeed, Craig Tomashoff as the senior producer of the Kelly Clarkson Show drove all the way from Los Angeles to Las Vegas to interview the plaintiff for his book "The Can'tidates" endorsed by **People Magazine and David Duchovny of The Red Shoe Diaries**.

26.)   While Craig Tomashoff was visiting the plaintiff, the two of them visited the USA District Court of Nevada at 333 Las Vegas Boulevard South where the plaintiff showed him a document uploaded to PACER on a public computer indicating that Florida Secretary of State Ken Detzner and Kristi

Reid-Bronson from his office at the RA Gray Building in Tallahassee sent the plaintiff a letter indicating that he would be placed on the ballot in Florida for the 2016 election.

## V.) COUNT ONE: DEFAMATION (LIBEL AND SLANDER)

27.)    The plaintiff believes that the former president Barack Hussein Obama (BHO is defaming the current president by appearing in interviews and podcasts when most former presidents try to stay out of the spotlight based on a sense of professional courtesy.

## VI.) COUNT TWO: PUBLIC NUISANCE

28.)    President Barack Hussein Obama (BHO has become a public nuisance by trying to remain relevant to the modern-day political conversation.

## VII.) COUNT THREE: INDUSTRIAL ESPIONAGE

29.)    The plaintiff believes that companies which feature President Barack Hussein Obama (BHO) on their podcasts or through interviews are committing the tort of industrial espionage.

## VIII.) COUNT FOUR: TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS/CONTRACTS

30.)    The plaintiff believes that companies which feature President Barack Hussein Obama (BHO) on their channel's interviews and/or podcasts are committing the tortious interference with business relations/contacts under the Federal Tort Claims Act (FTCA).

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is seeking punitive, compensatory, and treble damages through joint and several liability whereby the defendants would presumably seek contribution and indemnity from each other through the filing of cross-claims. The plaintiff is also seeking the equitable remedy of an injunction and/or declaratory judgment. In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) The plaintiff is seeking **punitive, compensatory, treble, actual, presumed, and special damages** in the amount of $500,000,000,000 for the commission of the aforementioned torts involving **Federal Tort Claims Act (FTCA) and Restatement (Third) of Torts**.

B.) The plaintiff is seeking **expectation, reliance, restitution, incidental, and consequential damages** for the commission of tortious interference with business relations/contacts which is substantially similar to material breach of contract despite the **Gist of the Action Doctrine** separating tort issues and contract issues for purposes of litigation.

C.) In addition, the plaintiff is seeking a preliminary injunction as an equitable remedy pursuant to **Rule 65 of Federal Rules of Civil Procedure (FRCP)** precluding and/or enjoying the defendants from advertising to the plaintiff on Cable TV broadcasts.

D.) In addition, the plaintiff is seeking a declaratory judgment pursuant to **Rule 57 of Federal Rules of Civil Procedure (FRCP)** as a statement of the law that

advertising with artificial intelligence (AI) and algorithms to spy on consumers for purposes of increasing the company's stock price in **over-the-counter markets (OTC) or federal stock exchange (NYSE)** or driving smaller companies out of business is an Antitrust violation perhaps involving the misdemeanors of trespass, stalking, harassment, and maybe voyeurism if these companies have employees conducting surveillance on consumers..

Respectfully submitted,

Ronald Satish Emrit

5108 Cornelias Prospect Drive

Bowie, Maryland 20720

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com



Exhibit A



# FLORIDA DEPARTMENT of STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

April 23, 2015

Ronald Satish Emrit
Candidate for President of the United States (64680)
4529 Townwall Street
Las Vegas, Nevada 89115

Dear Mr. Emrit:

Your name has been placed on the 2016  active candidate list as a candidate for President of the United States.

While your name will appear on the Division of Elections' webpage as a presidential candidate, this does not automatically mean that your name will appear on the ballot for either the presidential preference primary or general election.  The process in Florida for a major political party candidate to have one's name placed on the ballot is for the political party to provide the list of its party candidates for placement on the presidential preference primary ballot. (*See* Section 103.101, Florida Statutes.)  Therefore, you should contact the Florida arm of the political party to have your name placed on the ballot.  Only the names of candidates who appear on the party's list submitted to the Secretary of State by November  30, 2015, will be placed on the 2016 Florida presidential preference primary ballot.  Placement of the name of major political party presidential candidates on the 2016 general election ballot is governed by Section 103.021, Florida Statutes.  I have enclosed a memorandum that provides an overview of the process of attaining ballot position and qualifying for presidential candidates.

The Compilation of the Florida Election Laws, Federal Qualifying Handbook, and forms are available on the Division's website at http://www.elections.myflorida.com.  Federal candidates should also contact the **Federal Election Commission** for further information on campaign finance.  The website for the Federal Election Commission is www.fec.gov or call 1-800-424-9530.  If you have any further questions, please contact Malcolm Chellman at (850) 245-6280.

Sincerely,

Kristi Reid Bronson, Chief
Bureau of Election Records

KRB/mcc
Enclosure

**Division of Elections**
R.A. Gray Building, Suite 316 • 500 South Bronough Street • Tallahassee, Florida 32399

Exhibit B



## State of Rhode Island and Providence Plantations
## Office of the Secretary of State

Fee: $50.00

Division Of Business Services
148 W. River Street
Providence RI 02904-2615
(401) 222-3040

### Business Corporation
### Annual Report
*Filing Period: January 1 - March 1*

*In accordance with R.I.G.L. 7-1.2-1501(e), each corporation failing or refusing to file its annual report within thirty (30) days after the time prescribed by law (R.I.G.L. 7-1.2-1501 (c&d)) is subject to a penalty fee of $25.00.*

**ANNUAL REPORT YEAR:** 2015

**1. Corporate ID No.**    000817617

**2. Name of Corporation** Alex Garcia Enterprises, Inc. (AGE)

**3. Street Address Principal Business Office:**

No. and Street:    4529 TOWNWALL STREET
SELECT FROM BELOW

City or Town:    LAS VEGAS    State: NV    Zip: 89115    Country: USA

**4. Business Phone No.**

3015378471

**5. State of Incorporation**

State: RI

**6. Brief Description of the Character of Business Conducted in Rhode Island**

This is a record label which has not yet acquired any significant assets and has not earned any Earnings Before Interest, Taxes, Depreciation, and Amortization (EBITDA) which would of course be reported on the company's income statement at the end of the fiscal year. The company has only conducted transactions in the form of recording two music videos, one for a song called "Lady Brazil" and another transaction for a song called "Three-Car Garage." As a promoter, incorporator, and corporate officer of AGE, Ronald Emrit is currently looking for angel investors, venture capitalists, and/or accredited investors to purchase equity in his corporation.

**7. Names and Addresses of the Officers and Directors:**

**All officers and directors must be listed. If officers and/or directors have been elected, the title**



Exhibit C

| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code, Country |
|---|---|---|
| PRESIDENT | RONALD SATISH EMRIT | 976 DOUGLAS AVENUE, 2ND FLOOR PROVIDENCE, RI 02908 USA |
| ACCOUNT EXECUTIVE | NICOLE ROCIO LEAL-MENDEZ | 976 DOUGLAS AVENUE, 2ND FLOOR PROVIDENCE, RI 02908 USA |

**8. Shares Authorized and Issued**

| Class of Stock | Series of Stock | Par Value Per Share | Total Authorized Shares *Number of Shares* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|---|
| CWP | | $10.0000 | 20,000.00 | 20000 |

**9.** This report must be executed on behalf of the corporation by an authorized representative. If the corporation is in the hands of a receiver or trustee, this report must be executed on behalf of the corporation by the receiver or trustee.

**Signed this 4 Day of March, 2015 at 2:41:49 AM.** *This electronic signature of the individual or individuals signing this instrument constitutes the affirmation or acknowledgement of the signatory, under penalties of perjury, that this instrument is that individual's act and deed or the act and deed of the corporation, and that the facts stated herein are true, as of the date of the electronic filing, in compliance with R.I. Gen. Laws § 7-1.2.*

By   RONALD SATISH EMRIT
    Signature of Authorized Representative of the Corporation

This report cannot be accepted for filing if an officer has executed the form and he/she is not listed in section 7.

Form No. 630
Revised 09/07

© 2007 - 2015 State of Rhode Island and Providence Plantations
All Rights Reserved



Exhibit D



Exhibit E



Home    Prizes    About the Contest    Judges    Winners    Enter the Contest

**Song of the Year**    **Lennon Awards**    **Grand Prize Winners**    **Finalists**    **Past Winners**
Session I    Session I    ■ 2004
Session II    Session II    ■ 2005
■ 2006
■ 2007

## 2007 Honorable Mentions - Session I

■ 2008
■ 2009
■ 2010
■ 2011
■ 2012
■ 2013

### Rock

| Artist | Song Title |
|---|---|
| The Amaury | Dance Jam |
| Magnolia Black | Monument |
| Christine Evans | Break Me |
| Noush Skaug | What I |
| The Dreamscapes Project | Still Love |

■ 2014
■ 2015
■ 2016
■ 2017
■ 2018
■ 2019
■ 2020
■ 2021
■ 2022
■ 2023
■ 2024
■ 2025

**2026 Contest Schedule**

**2026 Session I - OPEN**
**Open -** February 17, 2026
**Deadline -** June 30, 2026 -
11:59pm PST
**Winner Announcement -**
September 1, 2026
12 Grand Prize Winners (one in each category) and 36 Finalists (three in each category)

### Pop

| Artist | Song Title |
|---|---|
| Zac Clark | Amelia |
| Far Beyond Frail | After So Many Lovers |
| Marc Costanza | Reckless |
| Rene Cologne | Sylvia Says |
| Jennings | Falling Higher |

**2026 Session II - CLOSED**
**Open -** July 1, 2026
**Deadline -** December 31, 2026 -
11:59pm PST
**Winner Announcement -**
March 1, 2027
12 Grand Prize Winners (one in each category) and 36 Finalists (three in each category)

â€"

**2025 Awards Announcements**

### R&B

| Artist | Song Title |
|---|---|
| Selena 7tySix | Lifesong |
| Debra Arlyn | New Favorite |
| Tammy Harris | If |

**2025 Lennon Awards**
**Winner Announcement -**
May 1, 2026
Grand Prize Winners of Session I


*Exhibit F*

| i'serene oasis | A While Boy |
| Paul Play Dairo | Bring Your Love Back To Me |

## Hip-Hop

| Artist | Song Title |
| --- | --- |
| Ciph | Answer |
| North By Northwest | Blues |
| BxDxF | Louder! |
| The Team | Free |
| Eastern Sunz | Everybody's Anthem |

## Folk

| Artist | Song Title |
| --- | --- |
| Ali Matthews | Santorini |
| Carole Wise | Side By Side |
| Rupert Wates | After The Rains |
| Jesse Terry | Black And Blue |
| Lea | Another Sunny Day |

## World

| Artist | Song Title |
| --- | --- |
| giuseppe patane | Uyaye |
| Abner Burnett | Take It To The President |
| Thilo Martinho | Wie Das Wasser |
| Hungry Lucy | In The Circle |
| Satish Dat Beast | La reina Cubana |

## Country

| Artist | Song Title |
| --- | --- |
| Van Preston | Someone Who Ain't Me |
| Natalie Howard | I Don't Want To Live Like That |

and Session II will compete head-to-head in an online voting battle to become the Lennon Award Winner in their respective category.

**2025 Song of the Year Winner Announcement -** July, 2026
One of the 12 Lennon Award Winners will win Song of the Year and $20,000.

Connect

   



IMAGINE PEACE
Think PEACE, Act PEACE, Spread PEACE



**contact us**

Case: 1:26-cv-00082-SNLJ    Doc. #:  1    Filed: 04/20/26    Page: 16 of 17 PageID #: 16

| Ladd Smith | Beautiful Thing |
| Jeff Sammon | Unanswered Prayer |
| Van Preston | Toy |

## Latin

| Artist | Song Title |
|---|---|
| Jacqueline Grace | Baile De La Luna |
| Joselyn Martinez | La Vida |
| Chema Lara | Destruyendo Esperanza |
| Al DeGregoris | North Shore Sunset |
| IRAKABALAIE | Deten |

## Electronic

| Artist | Song Title |
|---|---|
| Fiona Joy Hawkins | Frosted View |
| Rachel Sage and The Sequins | Alright Ok |
| Eddie Simmens | Mechanical Soul |
| Jason Cullimore | Back To The Garden |
| Callum Hendry | To Be With You |

## Jazz

| Artist | Song Title |
|---|---|
| Alex Nester | For Life |
| The Cal Payne Project | Nemesis |
| Marry Barry | You're In My Skin |
| Grace Kelly | Filosophical Flying Fish |
| Lennart Jensen | Dying To live |

## Childrens

| Artist | Song Title |
|---|---|
| Walter Pappas | With My Best Friend |

| Mache Seibel | Best At Being Me |
|---|---|
| Annie Lynn | New School |
| Splash N Boots | Flick Off |
| Walter Pappas | Captain Kerm and The Worm |

## Gospel/Inspirational

| Artist | Song Title |
|---|---|
| Katrina Stone | You Know |
| Gray Gurkin | Show Me The Way |
| Nicaho | I'm Made Whole |
| Nainby | Through you |
| Alandis Brassel | Circles |

**Prizes Provided By**













