UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| PRESIDENTIAL CANDIDATE NUMBER | ) | |
| P60005535, *et al.*,[1] | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00082-SNLJ |
| | ) | |
| BARACK HUSSEIN OBAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Self-represented plaintiff Ronald Satish Emrit, also known as Presidential

Candidate Number P60005535, brings this civil action against a group of eight

defendants which includes current and former politicians and royalty, family members of

former politicians, and a current United States Supreme Court Justice.  [Doc. 1].  Along

with plaintiff's Complaint, he filed a motion for leave to proceed *in forma pauperis*, or

without prepayment of the required filing fees and costs.  [Doc. 2].  A few weeks after

filing this case, and before the Court had taken any action or made any ruling, plaintiff

filed a notice of appeal with the Eighth Circuit Court of Appeals in this matter.  [Doc. 3].

Having reviewed the motion to proceed *in forma pauperis* and the financial

information submitted in support, the Court will grant the motion and waive the filing

---

[1] Plaintiff Emrit lists another plaintiff in the caption: "Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897 d/b/a United Emrits of America."  ECF No. 1 at 1.  However, artificial entities may only appear in court through licensed counsel.  *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993).  Further, the entity is not mentioned elsewhere in the Complaint, and there is no explanation of its connection to the case.

fee.  *See* 28 U.S.C. § 1915(a)(1).  Once the appellate court has ruled on plaintiff's pending notice of appeal, the Court will review plaintiff's pleadings under 28 U.S.C. § 1915, if needed, as required for any plaintiff proceeding *in forma pauperis* in this Court. *See* 28 U.S.C. § 1915(e)(2)(B).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 2] is **GRANTED** and the filing fee is waived.  *See* 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that the Court shall review this action pursuant to 28 U.S.C. §1915, if needed, once the Eighth Circuit Court has ruled the pending notice of appeal.

Dated this 13th day of May, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE